UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HINAL PATEL, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>JEH CHARLES JOHNSON, Secretary, Department of Homeland Security, et al.<br><br>    Defendants. | Case No.: SA CV 15-0032-DOC (JCGx)<br><br>JUDGMENT |

The Cross Motions for Summary Judgment came on for hearing before this Court on September 28, 2015.

On October 7, 2015, the Court issued its Order Granting Summary Judgment for Defendants and Denying Summary Judgment for Plaintiffs.

The Court's Order disposes of all of Plaintiffs' claims and causes of action.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a final judgment be and hereby is entered in favor of Defendants.

Dated: October 7, 2015.

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE